[No. 27617-8-II.   Division Two.   January 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ALDEN MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-02175-5, John F. Nichols, J., entered July 18, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27757-3-II.   Division Two.   January 24, 2003.]

*In the Matter of the Personal Restraint of* BARRY C. MASSEY, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 27802-2-II; 27962-2-II.   Division Two.   January 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DUNDRAY MONTERRIST CALHOUN, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-01967-0 and 93-1-00641-9, John A. McCarthy and Kitty-Ann van Doorninck, J., entered September 4, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.